1
2
3
4

DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

5
6

Attorneys for Defendants
CITY OF NEWARK; CONRAD RODGERS, individually and in
his official capacity as a police officer for the City of Newark

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10

| MARIA MAGDALENA RODRIGUEZ and TEODORO VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK; CONRAD RODGERS, individually and in his official capacity as a police officer for the City of Newark,<br><br>Defendants. | Case No. 4:16-cv-04811-SBA<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: May 30, 2019<br>Time: 2:30 p.m.<br>Location: via Telephone<br><br>Judge: Hon. Saundra Brown Armstrong |
| --- | --- |

18          On May 15, 2019, the parties submitted a joint case management statement advising the

19    court that this matter had been placed on the Agenda for a closed session of City Council on May

20    23, 2019.  (ECF No. 66)  In that joint statement, the parties requested a continuance of the case

21    management conference.  On May 16, 2019, the parties were notified that the case management

22    conference had been continued to May 30, 2019.  (ECF No. 67)

23          Today, May 17, 2019, counsel for Defendants was notified that one of the

24    councilmembers will be unavailable for the City Council meeting and closed session, due to an

25    unanticipated personal matter.  As a result, this matter cannot be reviewed in closed session and

26    the written documents cannot be approved on May 23, 2019.

27    ///

28    ///

1

404369.1 555.39987

Selman Breitman LLP
ATTORNEYS AT LAW

This matter has now been placed on the Agenda for the next closed session of City Council, which will take place on June 13, 2019, in the evening.  The parties will know by June 14, 2019 whether the final terms of the settlement have been approved by City Council.

The parties note that the agreement in principle to the terms contained in the written documents, subject to approval of City Council, remains in place.

Based on the foregoing, the parties respectfully request a further continuance of the case management conference to permit the parties to finalize the settlement.


DATED:  May 17, 2019                              SIEGEL, YEE, BRUNNER & MEHTA



                                                  By:    /s/ Dan Siegel
                                                  DAN SIEGEL
                                                  Attorneys for Plaintiffs
                                                  MARIA MAGDALENA RODRIGUEZ
                                                  and TEODORO VALENCIA



DATED:  May 17, 2019                              SELMAN BREITMAN LLP



                                                  By:    /s/ Danielle K. Lewis
                                                  DANIELLE K. LEWIS
                                                  Attorneys for Defendants
                                                  CITY OF NEWARK; CONRAD
                                                  RODGERS, individually and in his
                                                  official capacity as a police officer for the
                                                  City of Newark

Selman Breitman LLP
ATTORNEYS AT LAW

2

JOINT CASE MANAGEMENT STATEMENT
4:16-cv-04811-SBA

404369.1 555.39987